IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.                                              No. CV 16-00730 RB/KK
                                                      No. CR 05-00217 RB

ROBERT SEDILLO GUTIERREZ,

    Defendant/Movant.

## JUDGMENT

**THIS MATTER** having come before the Court under Rule 4 of the Rules Governing Section 2255 Proceedings on the Motion to Correct Sentence Under 28 U.S.C. § 2255 filed by Defendant/Movant, Robert Sedillo Gutierrez (CV Doc. 1; CR Doc. 233) and the Court having entered its Order dismissing the § 2255 Motion,

**IT IS ORDERED** that Judgment is entered and the Motion to Correct Sentence Under 28 U.S.C. § 2255 filed by Defendant/Movant, Robert Sedillo Gutierrez (CV Doc. 1; CR Doc. 233) is **DISMISSED** under Rule 4 of the Rules Governing Section 2255 Proceedings.

_____
UNITED STATES DISTRICT JUDGE